UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER QUEIROZ,

                Plaintiff,

-against-

THE STTE OF NEW YORK; THE DEPARTMENT OF CORRECTION,

                Defendants.

21-CV-4173 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 29, 2021, dismissing the complaint without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 29, 2021
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge